# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00706-CV

**Jeffrey Marx, Appellant**

**v.**

**Texas Department of Human and Regulatory Services, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 16,112, HONORABLE, GUILFORD L. JONES, III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jeffrey Marx has filed with this Court a motion to dismiss his appeal, informing this Court that the notice of appeal to this Court was filed in error, the parties reached an agreement, appellant is no longer an active party in this case, and he has no desire to pursue his appeal. We therefore grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

David Puryear, Justice

Before Justices Kidd, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: January 8, 2004